# IN THE SUPREME COURT OF THE STATE OF NEVADA

TEODOMIRO ESQUIVEL,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 83400

**FILED**

FEB 2 4 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he "personally talked to [appellant] and explained to him in detail the reasons for [dismissing this appeal] and why it has to be done and [appellant] concurs in [counsel's] judgment and requests that this appeal be dismissed." Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

22-06101

cc: Hon. Michael Montero, District Judge
Evenson Law Office
Attorney General/Carson City
Humboldt County District Attorney
Humboldt County Clerk